UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2016 MAR 23 AM 10: 46
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re: Daniel R. Hayward

Debtor(s)

BK# 03-12846-BAH
Chapter 7

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, Timothy P. Smith, ("Trustee"), of 67 Middle St. Manchester, NH 03101 affirm and say as follows:

1. That I was duly appointed Interim Trustee in the above-captioned estate and I am still acting as such.

2. The Trustee filed Trustee's Final Report/TRF on July 16, 2016 and was authorized by the court to distribute dividend checks to creditors.

3. That the following creditors were sent the following checks for its unsecured dividend distribution:

| Claim No. | Creditor | Claim Amount | Disbursed Amount |
|---|---|---|---|
| 2 | Fleet Credit Card<br>PO Box 1016<br>Horsham PA 19044 | $14823.73 | $14882.66 |
| 3 | Fleet Credit Card<br>PO Box 1016<br>Horsham PA 19044 | $11112.34 | $11156.51 |
| 7 | Direct Merchants<br>PO Box 43730<br>Baltimore, MD 21236 | $10567.66 | $10609.67 |

4. That a diligent search has been made to locate the parties via telephone and internet.

5. That attached is a Form 2 that itemizes all dividends distributed and the stop pay on the creditors whose unclaimed funds are being turned over to the Bankruptcy Court as well as the creditors who were able to be located.

6. I have remitted Check# payable to the "Clerk of the Bankruptcy Court" in the total amount of $36,648.84 representing said unclaimed funds.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 9, 2016 | By: /s/ Timothy P. Smith<br>Timothy P. Smith, Trustee<br>67 Middle Street<br>Manchester, NH   03101<br>603-623-0036<br>BNH01446 |